ADOLPH GOLDBERG, Respondent, *v.* BERRANS REALTY COMPANY et al., Appellants.

(Argued May 3, 1932; decided June 1, 1932.)

*Abraham L. Pomerantz* for Berrans Realty Company, appellant.

*Vincent A. O'Connor* for The Ætna Casualty and Surety Company, appellant.

*William Walzer* and *Raymond Gitlin* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: POUND, Ch. J., CRANE, LEHMAN, KELLOGG, O'BRIEN, HUBBS and CROUCH, JJ.